UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN CRAWFORD, <br>               Plaintiff, <br>     v. <br> COUNTY OF CHESTER, PRIMECARE MEDICAL, INC., DAVID KNEAL, MARTIN ZARKOSKI, and KEVIN GAFFNEY, <br>               Defendants. | No. 2:24-cv-0798 |

**O R D E R**

**AND NOW**, this 17th day of July, 2024, upon consideration of Plaintiff's Motion for Preliminary Injunction or Temporary Restraining Order, ECF No. 28, the Defendants' responses thereto, *see* ECF Nos. 30-31, and for the reasons discussed in the Opinion issued this date, **IT IS ORDERED THAT:** the Motion, ECF No. 28, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge