UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN CRAWFORD,<br>　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF CHESTER, PRIMECARE MEDICAL, INC., DAVID KNEAL, and MARTIN ZARKOSKI,<br>　　　　　　Defendants. | :<br>:<br>:<br>:　No. 2:24-cv-0798<br>:<br>:<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 20th day of November, 2025, upon consideration of the County of Chester's Motion for Summary Judgment, ECF No. 61; and of the PrimeCare Defendants' Motion for Summary Judgment, ECF No. 62; **IT IS ORDERED THAT:**

1. The County of Chester's Motion for Summary Judgment, ECF No. 61, is **GRANTED**.

2. The PrimeCare Defendants' Motion for Summary Judgment,[1] ECF No. 62, is **GRANTED**.

3. **JUDGMENT IS ENTERED** in favor of Defendants the County of Chester, PrimeCare Medical, Inc., David Kneal, DMD, and Martin Zarkoski, DMD, and against Plaintiff on all counts.

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] The "PrimeCare Defendants" includes Defendants PrimeCare Medical, Inc., David Kneal, DMD, and Martin Zarkoski, DMD.